E-FILED
Tuesday, 18 August, 2015 09:34:18 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ILLINOIS

son assaulted Decatur ILL — sexually assaulted Decatur, Illinois — Ms.

KEITH BOX, TIM BOX, PAIGE BOX, DAYLENE, Date rape Drugged by Defendants southeast High School, Springfield Illinois

Decatur ILL Niece Rapped by defendants — attempted Date Raped

SHATAVIA TAYLOR BOX, JESSICA HOPKINS

attempted date rape drug by defendants, alone with several of 455 plus Girlfriends/children's mothers

LAURA MCELMURRY, AND 455 PLUS GIRLFRIENDS)/CHILDREN'S MOTHERS/Being Killed NO Illinois Judge Taken SERIOUS.

(Enter above the full name of the Plaintiff[s] in this action. Include register or identification number[s].)

vs

MICHAEL J. REAGAN, Chief Illinois DISTRICT Judge DISTRICT Judge

NANCY J. ROSENSTENGEL, SUED FOR Failure To Take criminal conspiracy OF murders / COMMIT murders / Kill serious

STACI M. YANDLE, U.S. DISTRICT Judge

white man JCCC Future TNN unit manager

WALTER FRISON, Real name is

ROMELO BLACKMON, Black man Ex-professional Foot Player

MICHAEL JORDAN, NBA PLAYER/BOBCAT TEAM OWNER

ROMELO BLACKMON intentionally gave Plaintiff Keith Box an Fraudulent/False name of white man, walter Frison

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.) SEE Additional Defendants pages

Defendants 1 of 3

Case No. ________________

JURY TRIAL DEMANDED

DEFENDANTS SUE UNDER THEIR INDIVIDUAL CAPACITY INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

I. PLACE OF PRESENT CONFINEMENT OF PLAINTIFF(S):

________________________________

II. PREVIOUS CIVIL ACTIONS:

A. Have you begun other civil actions in state or federal court dealing with the same facts involved in this action, or otherwise relating to your confinement?

YES [ ] NO [ ]

ADDITIONAL DEFENDANTS

MICHAEL J. REAGAN, CHIEF Illinois District Judge

NANCY J. ROSENSTENGEL, ILLINOIS FEDERAL DISTRICT JUDGE

STACI M. YANDLE, ILLINOIS FEDERAL DISTRICT JUDGE

WALTER FRISON, REAL NAME/DEFENDANT ROMELO BLACKMON

MICHAEL JORDAN, NBA PLAYER/BOBCAT TEAM OWNER

ERVING MAGIC JOHNSON, NBA EX-PLAYER/STARBUCK COFFEESHOP OWNER

LEBRON JAMES, NBA PLAYER, CLEAVELAND CAVALIERS

JEREMIAH JAY W. NIXON, MISSOURI GOVERNOR

MICHAEL BOWERSOX, SOUTH CENTRAL CORRECTIONAL CENTER (WARDEN)

JAY CASSADY, JEFFERSON CITY CORRECTIONAL CENTER (WARDEN)

RODNEY W. SIPPEL, MISSOURI FEDERAL DISTRICT JUDGE

ERIC VERNON, JCCC INSTITUTIONAL INVESTIGATOR,

M. DUNCAN, Illinois District court clerk

JUSTINE FLANAGAN, Acting Illinois court clerk, Head clerk refuse to give her name

TANYA KELLEY, DEPUTY Illinois court clerk

HENRY EDWARD AUTREY, MISSOURI DISTRICT FEDERAL COURT JUDGE

LEWIS M. BLANTON, MISSOURI Federal court District Judge

BRIAN SCHMUTZ, JCCC, FUNCTIONALUNIT MANAGER

JACKIE PETRI, JCCC case worker

ADDITIONAL DEFENDANTS

MS. JEAN C. HAMILTON, Missouri District Federal court Judge

CHARLES A. SHAW, Missouri District Federal court Judge

AUDREY G. FLEISSIG, Missouri District Federal court Judge

JOHN A. ROSS, Missouri District Federal court Judge

TERRY I. ADELMAN, Missouri District Federal court Judge

BETH PHILLIP, Missouri WESTERN DISTRICT Federal court Judge

ANTHONY J. HEIGEMEYER, Missouri STATE court Judge

DAVID DOLAN, Missouri STATE court Judge

T. LYNN BROWN, Missouri state court Judge

MICHAEL E. GANS, Missouri court of Appeals For Eighth circuit Judge

JEFFREY W. JONES, Missouri District court, clerk of court

CINDY THOENNES, Missouri western District court clerk

TROY STEELE, Southeast and ATOUST and Boonville corr centers

PAUL GORE, JCCC PRISON FUNCTIONAL UNIT MANAGER.

MISSY WADE, SCCC FUNCTION. UNIT MANAGER

MS. CANTRELL, SCCC INSTITUTIONAL INVESTIGATOR

MR. CANTRELL, SCCC case worker,

JORDAN BASSINGER, JCCC case worker

RICK MARTIN, JCCC case worker

SCOTT KINTNER, JCCC case worker

PAUL JOHNSON, PCC case worker

MORGAN WILLIAMS, JCCC mental Health official

LINDA PENBERRY PCC MENTAL Health official

APRIL D. BALL, JCCC MAIL ROOM official. Illegal Legal Mail Tampering

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

Plaintiff(s): Box, Keith and 455 plus Girlfriends/childrens mothers

Defendant(s): Stace M. Yandle

2. Court where filed: Illegally Filed In Central District court Peoria, Ill But suppose been Filed In this District court Springfield Illinois

3. Docket or case number: 3:15-cv-03174- Micheal M. Mihm Illegally Re-Filed And 1983 change to

4. Name of Judge: Case No. 3:15cv00058- Nancy J. Rosenstengel Unlawfully covering up for co-murderer Stace M. Yandle

5. Basic claim made: Cruel + unusual punishment Illegal Rapes, Date Rapes with Spanish Fly drugs put in Girlfriends/childrens mothers drinks Illegal, Excessive use of Force, illegal Forced psychotropic drugs shots Illegal, Concealment of 7-murders of Girlfriends/childrens mothers CRIMINAL CONSPIRACY To Commit Murders/kill Keith Box And 455 plus Girlfriends/children's mothers

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

N/A

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES [✓] NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

YES [✓] NO [ ] Illegally murders 7-of them already Been concealed

C. If your answer to "B" is YES, what steps did you take: FILED AT SOUTH CENTRAL CORRECTIONAL CENTER, THROUGH DEFENDANT MS. CANTRELL Grievance number SCCC 08-3688 Illegally cover-up by ms. cantrell Grievance Criminal conspiracy to commit murders/kill Keith Box and UTS USS Girlfriends/children's mothers

D. If your answer to "B" is NO, explain why you have not used the grievance system:

N/A

DENIED LEGAL MAIL BLOCKED TO ATTORNEYS JOSEPH [illegible] Charles Rogers out of Jefferson city, missouri and attorney

IV. PARTIES TO THIS ACTION: WARREN DANZ out of Peoria, Illinois, Keith Box prior civil lawyer attorney for job injury on Decatur, Illinois

A. Plaintiff(s)

1. Name of Plaintiff: Keith Box #518342 6-D-117 two man cell

2. Plaintiff's address: JCCC 8200 NO MORE VICTIMS ROAD Jefferson city, missouri 6510[illegible]

3. Registration number: #518342

4. Additional Plaintiff(s) and address(es): PAIGE BOX 1660 E. main street Decatur, Illinois

Shatavia Taylor Box 1660 East main street Decatur Illinois 62521 on memphis Tennessee with mother

LAURA MCELMURRY 1660 East main street Decatur Illinois 62521

Jessica Hopkins 1660 East main street Decatur Illinois 62521

B. Defendant(s)

1. Name of Defendant: NANCY J. ROSENSTENGEL

2. Defendant's address: 750 MISSOURI AVENUE East St. Louis, Illinois 62201

3. Defendant's employer and job title: Illinois District Judge

MICHAEL JORDAN NBA BOBCAT TEAM OWNER Chicago, Illinois

4. Additional Defendant(s) and address(es): STACI M. YANDLE

Illinois District Judge East St. Louis, Illinois 62201

B. If your answer to "A" is NO, have you made any effort to contact a private attorney to represent you in this matter?

YES [✓] NO [ ]

C. If your answer to "B" is YES, state the name(s) and the address(es) of the attorney(s) you have contacted and explain the results of those efforts:

DENIED BY THESE 1983 CIVIL COMPLAINT DEFENDANTS TO SEND LEGAL MAIL TO, Charles Rogers & Joseph Ternsible herein Jefferson City Missouri / Kansas City, Missouri and Warren Danz, Plaintiff civil suit lawyer for Job injury in Peoria Illinois, Warren Danz office in Peoria, Illinois

D. If your answer to "B" was NO, explain why you have not made such efforts:

N/A

E. Have you previously been represented by counsel in a civil action in this Court?

YES [ ] NO [✓]

F. If your answer to "E" is YES, state that attorney's name and address:

N/A

VI. STATEMENT OF CLAIM:

State here, as briefly as is possible, that facts of your claim. Describe how each defendant is involved. Include also the names of other persons involved, and dates and places. Do not make any legal arguments; cite no cases or statutes. If you intend to raise two or more related claims, number and set forth each claim in a separate paragraph. Avoid using more space than is provided. The Court strongly disapproves of the stating of claims outside the provided space. Unrelated claims must be made in a separate complaint.

PLAINTIFF KEITH BOX, LIKE TO KNOW WHEN DID KILLINGS, RAPES, ATTEMPTED RAPES, ILLEGAL EXCESSIVE USE OF FORCE, ILLEGAL FORCED DRUG SHOTS, ILLEGAL COURT EXPOSURES, CRIMINAL CONSPIRACY TO KILL BECOME 4-A FRIVOLOUS, AS Defendants/ Judges Stacy M. Yandle and Nancy J. Rosenstengel tried to state for the record, and how can plaintiff Keith Box have three strikes against him when he never filed anything on Illinois Federal District Court until 2015

4-A

Plaintiff Keith Box, asked that this court pull every 1983 civil complaint in the state of Missouri, that plaintiff fully paid $5,000.00 all of the filing fees, and he through conspiracy intentionally denied access to the Missouri Federal District Court non of these 1983 are Frivolous!

PLAINTIFF KEITH BOX, HAVE AN 1983 CIVIL COMPLAINT CASE HERE WHERE THERE'S THE LARGEST CRIMINAL CONSPIRACY TO COMMIT MURDERS/KILL KEITH BOX AND HIS 45S PLUS GIRLFRIENDS/CHILDREN'S MOTHERS, COVER-UP SINCE IT STARTED IN 1993. AND CONTINUED FROM 1993 - 2015, AND DOCUMENTED IN THE F.B.I. DEPARTMENTS OF CARBONDALE, ILLINOIS, ST. LOUIS, MISSOURI, WASHINGTON, DC, SIKESTON, POLICE DEPARTMENT, DECATUR, ILLINOIS POLICE Department CENTRAL POLICE DEPARTMENT/DETECTIVES, AND SOUTH CENTRAL INSTITUTIONAL INVESTIGATOR, MS. CANTRELL/Defendant AND JEFFERSON CITY CORRECTIONAL CENTER INSTITUTIONAL INVESTIGATOR ERIC VERNON, AND BY WAY OF SCCC INSTITUTIONAL INVESTIGATOR MS. CANTRELL, RECEIVED AN GRIEVANCE 08-3688 OF; CRIMINAL CONSPIRACY TO COMMIT MURDERS/KILL KEITH BOX AND HIS 45S PLUS GIRLFRIENDS/CHILDREN'S MOTHERS AND ALL DEFENDANTS CITED ON THIS 1983 CIVIL COMPLAINT HAVE CONSPIRED TO CLOAK/COVER-UP THESE MURDERS SINCE 1993 UNTIL CURRENT DATE OF JULY 21, 2015!

DEFENDANT ILLINOIS DISTRICT COURT JUDGE: NANCY J. ROSENSTENGEL STATED IN HER MEMORANDUMS AND ORDERS THAT PLAINTIFF KEITH BOX'S CLAIMS OF CRUEL AND UNUSUAL PUNISHMENT/MURDERS ARE DELUSIONAL AND FRIVOLOUS WHEN PLAINTIFF KEITH BOX, HAVE 7-KILLED/DEAD GIRLFRIENDS/CHILDREN'S MOTHERS, ONE SEXUALLY ASSAULTED GRAND DAUGHTER PAIGE BOX, BY ILLEGAL RELEASED DEATH ROW INMATE MICHAEL TAYLOR, WHO KIDNAP, RAPE AND KILLED AN LITTLE WHITE GIRL FROM KANSAS CITY, MISSOURI, WHO WERE SENTENCE TO DEATH/BE KILLED ON 4-28-2014 LAST YEAR, BUT WERE NOT, AND DEFENDANT/JUDGE NANCY J. ROSENSTENGEL

LET RECORD REFLECT THESE DEFENDANTS, COSFAEN & COSI MR. CLUB 35 ILLEGALLY STOLEN KEITH BOX ADDRESS BOOKS TO ILLEGAL SEARCH & SEIZURE GAIN ACCESS TO PLAINTIFF'S KEITH BOX USS GIRLFRIENDS/CHILDREN'S MOTHER ADDRESSES AND PRIVATE INFORMATION DATA INCLUDING CHECKING & SAVINGS ACCOUNTS!

DEFENDANT NANCY J. ROSENSTENGEL INTENTIONAL FAILED TO ADDRESS THIS CREED/CLAIM IN PLAINTIFF KEITH BOX'S 1983 CIVIL COMPLAINTS CASE NOS. 15-301-NJR, 15-658-NJR, AND 15-701-NJR, AND PLAINTIFF KEITH BOX, NIECE SHATAVIA TAYLOR BOX, BEEN RAPED BY ILLEGAL RELEASED MISSOURI INMATE RONNIE IMEAN/EXESSENCE, AND THESE CRIMINAL CONSPIRACY TO COMMIT RAPES/MURDER KEITH BOX'S CHILDRENS. GRAND CHILDRENS, AND GIRLFRIENDS/CHILDREN'S MOTHERS ARE CLEARLY MENTAL STRESS/MENTAL ANGUISH IN THE FIRST DEGREE, AND ATTEMPTED DATE RAPES BY WAY OF USE OF SPANISH FLY DRUGS PUT IN PLAINTIFF, KEITH BOX'S GIRLFRIENDS/CHILDREN'S MOTHERS LAURA MCELMURRY, JESSICA HOPKINS, AND ~~EVEY~~ EVELYN PETTIGREW/TALEICA WRIGHT DRINKS, BY BEING ILLEGALLY CALLED UP HERE TO Jefferson City correctional center Plaintiff Keith Box place of confinement JCCC BY EX-Girlfriends/whores Earnestine Moore A.K.A. Illinois, Decatur ILL Consuela Garcia her sister, AND CONSUELA BABY A.K.A LIL BIT Decatur, ILL AND THEN Tricked by JCCC officials/Defendant PAUL GORE AND SOME NIGGA POSING AS JESUS Christ Into An suicide cell, TO BE DATE RAPE by Illegal use OF Spanish Fly Drug like Exposed 7-20-2015 of Actress BILL COSBY MUST NOT ONLY BE AN 1983 CIVIL COMPLAINT CLAIM, BUT MORE IMPORTANTLY AN CRIMINAL CONSPIRACY UNITED STATES DISTRICT ATTORNEY CRIMINAL COMPLAINT FOR PROSECUTION FORTHWITH/IMMEDIATELY!

[ SEE ATTACHED EXHIBIT- A ] (Medical service request)

PLAINTIFF KEITH BOX AND GIRLFRIENDS/CHILDRENS MOTHERS ANGELA WALKER AND ELSIE COLEMAN, DISCOVERED THESE CONSPIRING Defendants listed in 1983 CIVIL complaint Illegal RICO Racketeering Illegal Drugs sellings Documents In three Different states Illinois, Missouri and Kentucky, Illegal Gambling Rings as how Michael Jordan Father Mr. Jordan Got killed, and Illegal Identity sellings of Missouri Inmates from other states such as Plaintiff Keith Box is from Illinois, Decatur Ill, and Filed Legal Documentation as to an state appeals case here in Springfield, Illinois an never received an Legal Respond back from State appeals court of Illinois or Illinois Federal Court, Matter Fact Plaintiff Keith Box. Sent his Legal mail to Address: United States District court, Eastern District of Illinois / Springfield, Ill 151 U.S. Courthouse 600 East Monroe Street, Springfield, Illinois 62700 And some how conspiring hereto Defendant/Illinois District Judge Nancy J. Rosenstengel ENDED-UP WITH THIS LEGAL MAIL / 1983 3:15 CV 03174-[illegible] Change over from District E-FILE / E-FILING AND NOT LEGAL MAIL FILED showing JCCC Prison/officers/ defendants allowed criminal conspiracy JCC inmates/criminals Ronnie Dmean + Stephan-x (JCC inmates) and consulted many and Jossie Cannon 315 Elm white protect came. Ill to Illegally Tamper with Legal mail / open change claims and UNLAWFULLY E-FILE Keith Box's 1983 CIVIL complaint change from case no. 3:15CV03174-MMM District Judge of central Ill, Peoria Michael M. Mihm Illegal sent to District Federal court in Peoria, Illinois

AND THEN TRANSFERRED AN ORIGINAL 1983 CIVIL COMPLAINT MURDER CLAIMS, EXCESSIVE USE OF FORCE CLAIMS, RAPE CLAIMS, AND ATTEMPTED RAPE CLAIMS / DATE RAPE SPANISH FLY DRUG USED CLAIMS UNLAWFULLY ALTERED / CHANGED BY DEFENDANTS AND CASE NUMBER ILLEGALLY CHANGED FROM 3:15CV01374-MMM TO 3:15-CV-00658-NJR. AND CRIMINAL CONSPIRACY HERETO, WITH MID-AMERICA POST OFFICE UNKNOWN OFFICIAL/OFFICIALS, BECAUSE 1983 CIVIL COMPLAINT CLEARLY ADDRESS TO DISTRICT COURT IN SPRINGFIELD, ILLINOIS AT: 151 U.S. COURTHOUSE 600 EAST MONROE STREET SPRINGFIELD, ILLINOIS, BUT LEGAL MAIL NEVER SENT TO THIS COURT BUT INTENTIONAL CRIMINAL CONSPIRACY CIRCUMVENTED TO CENTRAL FEDERAL DISTRICT COURT IN PEORIA, ILLINOIS. [SEE ATTACHED EXHIBIT- B] FRONT OF LEGAL ENVELOPE 3:15-3174-MMM

DEFENDANT / JUDGE NANCY J. ROSENSTENGEL, NEVER EVER CHECK WITH ANY OF PLAINTIFF KEITH BOX'S GIRLFRIENDS / CHILDREN'S MOTHERS, AS TO CRIMINAL CONSPIRACY TO COMMIT MURDERS / KILL KEITH BOX AND HIS 455 PLUS GIRLFRIENDS / CHILDREN'S MOTHERS OR CHECKED WITH F.B.I. AUTHORITIES OR LOCAL POLICE AUTHORITIES, WHEN THERE'S BEEN SEVERAL KILLINGS, RAPES, ATTEMPTED RAPES, DATE RAPE SPANISH FLY DRUGS USED TO RAPE / ATTEMPT TO RAPE, AND CONCEALMENTS OF MURDERS FOR EXAMPLE: 1. DORIAN WORMSLEY KILLED IN DECATUR ILL UNSOLVED MURDER PLAINTIFF KEITH BOX, GIRLFRIEND / CHILDREN'S MOTHERS PREGNANT WHEN KILLED DORIAN WORMSLEY, ANNETTE SINGLETON KILLED IN DRUG RING KILLED IN SPRINGFIELD, ILLINOIS, ANNETTE SINGLETON FROM DECATUR ILLINOIS, DEBRA LEE GIRLFRIEND / CHILDREN MOTHER KILLED BY CASWELL ARMY, JOSIE CANNON, DOLPH BOOTH. EARNESTINE MOORE UNSOLVED MURDER OUT OF DECATUR ILLINOIS. AND ALSO KILLED LORI JARRETT

killed unsolved murder out of Decatur, Illinois, LIL MELVIN Drug Dealer killed at home in Decatur Illinois unsolved murder apart of this illegal drug sellings / Gambling RICO Racketeering concerning NBA team owner Michael Jordan, Earving Magic Johnson and Lebron James, LIL MELVIN Drug Dealer killed by Earnestine Moore, Consuela Daddy Dolph Booth. Jossie Cannon, Greg Cannon, Mamo Lewis, IDOC Inmate Ronnie Imean for going to Decatur, Ill Police Department to Report LIL MELVIN, and DEBRA LEE Girlfriends/children's mothers Illegal Released Missouri Death Row Inmate Michael Taylor, unlawfully in Decatur, Illinois Living at 675 East John Avenue Decatur, Ill, Illegally using Plaintiff Keith Box Name and Identity, so LIL MELVIN and DEBRA LEE killed in criminal conspiracy by Defendants and this creep Death Row Missouri Inmate Michael Taylor suppose to been killed back on 4-28-2014, but were not an Defendants allowed to have unlawful sexual intercourse with Plaintiff Keith Box's, Granddaughter Paige Box, (Five years old) and Shatavia Taylor Box (11 years old at the time)!

Defendant Judge Nancy J. Rosenstengel just took it for cloaked granted that Plaintiff Keith Box do not or did not know T.V. stars Girlfriends/childrens mothers, nor did Defendant/Judge Nancy J. Rosenstengel check with any of the 455 plus Girlfriends/childrens mothers, who have been Death Threaten by the conspiring Defendants, and under pressure to intentionally lie to F.B.I. authorities / Local police authorities to illegally block Plaintiff Keith Box access to outside society!

[See Attached Exhibit - C] Latest Death Threat to Plaintiff' Keith Box's Girlfriends/children's mothers this Kardashians, Requiring Girlfriend Kris Jenner to were two armed guards to watch her home after Keith Box put Illinois and Missouri Federal District Court on notice of many Girlfriends/childrens mothers in 40 different state!



VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

1.) PLAINTIFF KEITH BOX FILED AN 1983 CIVIL COMPLAINT BEFORE DEFENDANT DIST. DISTRICT JUDGE MS, STACE M. YANDLE AS TO CONSPIRACY TO CONCEAL 7-MURDERS BY DEFENDANTS AND CRIMINAL CONSPIRACY TO COMMIT MURDER OF KEITH BOX AND HIS 400 PLUS GIRLFRIENDS/CHILDRENS MOTHERS, AND UPON THIS 1983 CIVIL COMPLAINT FILING DEFENDANT U.S. DIST JUDGE STACE M. YANDLE, JOINED IN ON THIS CRIMINAL CONSPIRACY 18 USC 241, WITH HER, CO-WORKER DEFENDANT M. DUNCAN COURT CLERK AND the other Defendants Hereto, TO INTENTIONALLY DENY PLAINTIFF Keith Box ACCESS FOR THE FIRST TIME TO THIS ILLINOIS FEDERAL DISTRICT COURT, BY WAY OR CITING INTENTIONALLY ERRONEOUS RULINGS / CASE LAW TO KNOWINGLY AND INTENTIONALLY Deny PLAINTIFF Keith Box ACCESS TO this Illinois Federal Court stating Defendant STACE M. YANDLE Her personal OPINION / BELIEF AS TO PLAINTIFF Keith Box's Connections AS Girlfriends / Childrens mothers BEYONCE Knowles, Halle Berry, Tyra BANKS, DANICA PATRICK AND SEVERAL OF PLAINTIFF'S Other 400 Girlfriends / Childrens mothers, AS TO ONLY BEYONCE KNOWLES IS SAFE, AND NEVER ADDRESSING THE Other 400 PLUS Girlfriends / Childrens mothers, AND Evenmore never really checking with LOCAL, STATE OR F.B.I. Authorities AND MORE IMPORTANTLY NOT RULING OR Liberally Construing PLAINTIFF KEITH BOX'S 1983 ALL EVIDENCE IN PLAINTIFF FAVOR AND

(FLIP PAGE OVER)

And Statements as Required by Law, but citing Everything possible erroneously to Intentionally Deny Keith Box access to this Eastern District Court of Illinois, citing plaintiff can not proceed on this 1983 civil complaint under imminent danger, or In Forma Pauperis, when plaintiff most definitely is under imminent danger and do not have three strikes rule in this Illinois U.S. District Court, being that this is/were plaintiff Keith Box first 1983 filing in this District Court of Illinois and should be/been able to proceed under In Forma Pauperis motion, but Defendant Staci Yandle Joined the criminal conspiracy 18 USC 241, and stated she will allow plaintiff access to amend his 1983 civil complaint, but either or, plaintiff still have to pay the full $400.00 Dollar filing fee and then refused plaintiff access to add ~~de~~ Dase 1-B & 1C to Defendant Dase 1, citing knowingly belied information that plaintiff filed an motion to amend complaint to add defendants, and then Defendant Staci Yandle denied this fabricated) belied ~~fa~~ False motion or illegal filing by Defendants, because plaintiff never filed such an motion to add defendants because defendants only can just be added as an additional Dase!

2.) Plaintiff, Keith Box had his address books here at JCCC, PCC, SECC & SCCC illegal search & seizure taken by Defendants so they, Defendants could unlawfully obtain plaintiff Keith Box's Girlfriends/childrens mothers, private information, addresses, phone numbers, and the alike, to illegally call Keith Box's Girlfriends/childrens mothers to Missouri prisons, SECC, SCCC, JCCC, PCC, & ERCC to unlawfully tamper with Keith Box's 400 plus Girlfriends/childrens mothers to try an entrapment/force them to cover-up for conspiring Missouri state officials/ prison officials as to having Girlfriends/childrens mothers fake as though Missouri death row inmate Michael Taylor were plaintiff Keith Box

5-B

who suppose to been killed back on April 24, 2014 for the kidnap, rape, and murder of little white young girl out of Kansas City, Missouri, kidnapped off her bus stop by this nigger and death sentence/killing were faked/stage and Michael Taylor illegally released from Missouri prison under plaintiff Keith Box's name and identity, defendant Missouri Governor Jeremiah Jay Nixon, and defendant Michael Bowersox, have allowed over last few years plaintiff Keith Box's ex-whore girlfriends Earnestine Moore P.O. Box 17 Ullin, ILL and Consuela Daby 1075 East John Avenue Decatur, ILL unlawfully continue to illegally called Keith Box's 400 plus girlfriends/childrens mothers to Missouri prisons and then threaten to kill them and forced them to be place on Missouri inmates at PCC & JCC vistin lists and Muslim religious call-outs and even on suicide cell trick game to rape and attempted rape of Keith Box's 400 plus girlfriends/childrens mothers, such as Laura McElmurry, Jessica Hopkins, Evelyn Pettigrew and others [see medical service request forms MSR] and the illegal releasing of death row inmate Michael Taylor/other inmates were the direct cause of plaintiff Keith Box's young niece Shatavia Taylor getting/being rape by JCC inmate Ronnie Emery in Decatur, Illinois and these illegally Missouri prison inmates releases and Sheriff's Larry Turley and Bill Ferrell and others RICO racketeering illegal drug ring are the direct cause of Keith Box's girlfriends/childrens mothers Duncan Wannsley, Liz Lore and Debra of Shonovic Project Decatur, ILL and friend Liz Melvin [illegible] CEO JCC Casner Decatur, ILL being killed by Earnestine Moore P.O. Box 17 Ullin, ILL, Consuela Daby 1075 East John Avenue Decatur, ILL, Ralph Booth 2907 Washington

[redacted]

Plain RICO Complaint [redacted]

[redacted] 5-C

Cairo, Ill, Charles Booth 438 11th Street Cairo, Ill. Jessie Carner 315 Elm wood white project Cairo, Ill and Jail prison inmate Ronnie Emerson killing girlfriends / childrens mothers Barbara Walmsley, Lor Lore, Debra and Lil Melton for defendants Michael Bowlder, Larry Turley and Bill Ferrell as to an illegal RICO drug ring out of Dexter, Ill, Sikeston Missouri and Charleston Missouri. Criminal conspiracy 18 USC 241 to commit murders?

continue!

3) Millers

3) Defendant Stace M. Yandle conspired hereto, and never really reviewed plaintiff Keith Box's 1983 civil complaint and issued an memorandum and order, stating that plaintiff Keith Box's claims are baseless, fantastic or delusional statements of harm are not to be credible! Citing defendant E. Richard Webber same previous ruling in Missouri proceeding covering up for other Missouri defendants!, plaintiff Keith Box have medical records of him being poison through his food tray stream times an feet & legs swollen five times bigger than their normal sizes, and just on 5-21-2015 plaintiff Keith Box cell 7-D-217 Floyd Johnson #48163 were just poison through an food tray, intended for plaintiff cell as an vegetarian Keith Box, so while plaintiff cell as an vegetarian on 5-21-2015 and not an but took an regular tray on 5-21-2015 and not an losse tray and at this current date 5-28-2015 is still at an outside hospital for poison and an legs & feet swollen three times there normal sizes!

4.) Plaintiff over the years have documentation at F.B.I., departments, of Carbondale Illinois, St. Louis, Missouri Washington DC, Commerce detectives, and Alexander County defendants Harry Charleston Missouri federal hold over, of defendants Larry Sikeston Missouri officers Mark Crocker, officer Joe White and Sikeston Missouri officers attempt to kill Keith Box and girlfriend Angela Walker at Missouri, and Broke into home on 366 Lake Dr Charleston Missouri, and then killed girlfriends [illegible] Street Sikeston Missouri and Angela Walker dad at 313 Lake Charleston Elsie Coleman and then killed Spencer Coleman through Larry Coleman Missouri, and then killed

Cont. 4) killing fabricated through false testimony of Daryl Thomas and Mr. Easley and other defendants had Daryl Thomas killed, and another girlfriend out of Kentucky killed and fabricated cause of death on death certificates and defendants had plaintiff Keith Box free speech / sentence & judgment stopped on 7-26-2010, so they could kill Keith Box and place on death row inmate Michael Taylor, and just recently defendants just killed plaintiff's girlfriends Angel Garrett, a street [illegible], so illegal murders and criminal conspiracy to kill Keith Box and his two girlfriends / childrens

5-3-1

THIS SAME HOSTAGE/THREATENING PERCEPTION, BY THE ABOVE CIVILIAN LISTED DEFENDANT'S, LEAD BY PRISON OFFICIALS MICHAEL BOWERSOX, TROY STEELE, AND JAY CASSIDY, PLANNED TO KILL PLAINTIFF, SO THAT PLAINTIFF'S, DEATH ROW SENTENCE INMATE CELLY MICHAEL TAYLOR, COULD ACTUALLY TAKE POSSESSION OF KEITH BOX'S IDENTITY AND THEN MARRY PLAINTIFF'S EX-GIRL FRIEND EARNESTINE MOORE UNDER A.K.A. NAME OF JACKIE TAYLOR, AND → POSSIBLY ALSO WERE GOING TO KILL JACKIE TAYLOR THERE'S RELIABLE INFORMATION THAT, JESUS CHRIST ALLOWED SCCC WARDEN MICHAEL BOWERSOX, KELVIN HOUSTON AND JESSEE CANNON THE OPPORTUNITY TO TRY AN ATTEMPTED RAPE ON MY FIANCEE CECE WINANS, AND SAME HERETO OF MY SONS MOTHERS LAURA MCELMURRY AND JESSICA HOPSKINS "WHO WERE ILLEGALLY EXPOSED TO MISSOURI INMATES," AND DUE TO DAUGHTERS MOMS JESSICA HOPSKINS AND BEVERLY DIXON HORRODIC EFFORT, "SAVED" MY BABIES, CECE WINANS AND LAURA MCELMURRY FROM BEING COMPLETELY RAPED IN WHICH THESE WOMENS WERE IN ALLIANCE OF PROTECTION AGAINST MISSOURI PRISON OFFICIALS, MISSOURI RAPIST INMATES UNLAWFULLY RELEASED FROM PRISON AND MUSLIMS GUYS WHO, BEEN SEEKING ALL PEOPLE PLAINTIFF KNEW WHO ARE, TV STARS TOP MODEL ANCHORS AND SINGERS SUCH AS:

[illegible] of [illegible]

DATED 1-10-2015

[ SEE ATTACHED EXHIBIT - T, MSR ]

THE COURT HERETO SHOULD KNOW ALL THESE WOMENS SINGER "KEESHA COLE," SINGER "FANTASIA," SINGER "TYRA BANKS," SINGER "BRANDY," SAVANNAH, TEXAS CAIRO, ILL RACHEL HUFF, SINGER "MONICA," SINGER "MILEY CIRUS," SINGER "GWEN STEPHANIE," SINGER "JENNIFER LOPEZ," AND SINGER "MARIAH CAREY" STILL ALL HELD HOSTAGE. BY JESUS CHRIST

B-4-1

CRIMINAL MISCONDUCT

KELVIN HOUSTON, JESSEE CANNON, CONSUELA DADY, (DECATUR ILL) RONNIE IMEAN AND NECY HOPSKINS, [redacted]. DUE TO PLAINTIFF KEITH BOX. REFUSAL TO CHECK OUT OF HIS CELL 7-B-207 AN CHECK INTO AN SUICIDE, CELL UNDER DISGUISE OF AN FORCE JESUS CHRIST PROGRAMINGS CAUSING PLAINTIFF PHYSICAL INJURY TO HIS BODY BY ELECTRICITY SHOCKS TO PLAINTIFF'S PENIS, FEET AND TOES, AND JESUS CHRIST/MICHAEL BOWERSOX FAKING LIKE THESE DEFENDANTS, WERE GOING TO REMOVE THE ILLEGAL ATTACHMENTS OF AN SONOGRAM DEVICE TO PLAINTIFF'S HEAD, LIKE AN MOUSE IN SCIENCE LABORATORY TO RECORD BRAIN DATA, OF PLAINTIFF UNDER ILLEGAL — SCCC 2009 2-C-253 SEARCH AND SEIZURE, HERE TO GAIN ILLEGAL INFORMATION AND KNOWLEDGE OF PLAINTIFF'S PERSONAL LIFE AND WOMENS OF HIS PAST AND FUTURE LIFE, UNLAWFULLY EXPOSING PLAINTIFF'S, FAMILY MEMBERS NAMES, EX-GIRLFRIENDS NAMES. GIRLFRIENDS NAMES, FUTURE WIVES NAMES, AND CHILDRENS MOTHER'S NAMES, TO SOUTH CENTRAL CORRECTIONALS, POTOSI CORRECTIONALS, AND JEFFERSON CITY CORRECTIONALS., THEIR NAMES TO MUSLIM INMATES, GANG BANGERS INMATES, AND PRISON OFFICIALS HERETO, INVASION OF PRIVACY OF ILLEGAL EXPOSING THESE NAMES AND PLACING ALL WOMENS UNLAWFULLY ON MUSLIM'S INMATES VISTOR LISTS AND

[illegible] of [illegible]

[illegible] of [illegible]



MUSLEM'S INMATES RELIGIOUS PRISON OUT ACCOUNT LIST BY FORCE, AND MANIPULATION OF FUNDS STOLEN FROM PLAINTIFF'S KEITH BOX, 1983 CIVIL COMPLAINT CASE UNDER JUDGE LEWIS M. BLANTON CASE NO. 4:00CV0014-LMB, AN ILLEGAL CHECK GIVEN TO CHILD-HOOD FRIEND DOLPH BOOTH (CASE NO. ILL) WHO CASHED THE CHECK AN DISTRIBUTED THIS ILLEGAL MONEY AMONGST PLAINTIFF'S WOMEN, FOR THEM TO REMAIN SILENT, ABOUT DEATH ROW INMATE MICHAEL TAYLOR, ESCAPE FROM PRISONS PCC & JCCC, AND FAKED DEATH SENTENCE OF APRIL 2014, AND THIS RAPING BITCH WERE NEVER KILLED AN STILL ALIVE HERE AT JCCC AND YOUNG WHITE KANSAS CITY MISSOURI, GIRL KIDNAPPED, RAPED AND MURDERED PARENTS WERE PAY OFF CASH MONEY TO REMAIN SILENT, THAT'S WHY THERE'S NO ACCURATE DEATH CERTIFICATE OR NO NEWS MEDIA OR WITNESSES OF THIS BITCH MICHAEL TAYLOR'S APRIL 2014 DEATH/KILLING! AND ILLEGALLY HELD IN JCCC SEGREGATION UNIT FOR DEATH ROW INMATE MICHAEL TAYLOR, WHO'S SUPPOSE TO BEEN KILLED BACK IN APRIL 2014, AND ILLEGALLY GIVEN #12CDV (SEE ATTACHED EX-N)

CLAIM- PARAGRAPH - , IS AGAINST DEFENDANTS, DWYANE KEMPKER, TROY STEELE, FOR CONSPIRING WITH DEATH ROW INMATE MICHAEL TAYLOR, MS. TAYLOR, AND SCCC SUPERINTENDENT MICHAEL BOWERSOX, IN CONSPIRACY TO COMMIT MURDER OF PLAINTIFF KEITH BOX, AND CORPORAL PUNISHMENT TOO, PLAINTIFF, AND ALL HIS GIRLFRIENDS CITED ON PAGES SIX AND SEVEN UNDERLINED, AND CHILDRENS MOTHER'S UNDERLINED, EIGHTH AMENDMENT VIOLATIONS AND CRIMINAL CONSPIRACY 18 USC 241 AND 24 U.S.C.A. 1985! AND PLAINTIFF BEING HELD ILLEGALLY IN PCC & JCCC SEGREGATION UNITS DUE TO MICHAEL TAYLOR, NOT BEING KILLED FOR 19 MONTHS!

AND MICHAEL TAYLOR PUT IMMEDIATELY TO DEATH AS HE'S SUPPOSE TO BEEN KILLED, AND YOUNG GIRL PARENTS ARRESTED!

IMMINENT DANGER HERETO

[redacted]) PLAINTIFF, CLAIM B, HERETO, IS FOR CORPORAL PUNISHMENT, CRUEL AND UNUSUAL PUNISHMENT AND DELEBERATE INDIFFERENCE, FOR BEING IN FORCED JESUS CHRIST PROGRAMING, BEING SHOCKED BY ELECTRICITY ON PLAINTIFF'S PENIS, FEET AND LEGS, CAUSING SEVERE PAIN AND DEFORMITY, AND NOW FEET AND TOES TO BECOME NUMB WITH NO FEELINGS FOR 12-MONTHS, NOW AND PENIS DEFORMITY DOWN SIZING PLAINTIFF'S PENIS OF EIGHT AND HALF INCHES, WITH AN SMALLER PENIS HEAD, SINCE MARCH 2014, AND SINCE NOVEMBER 8, 2014 DENIED NOW ALL EXAMS OR MEDICAL TREATMENT TOO TRY AN DISCOVER CAUSE OF PLAINTIFF'S FEET AND TOES BEING NUMB SINCE DECEMBER 17, 2014 UNTIL CURRENT DATE OF 2014 AND COUNTING, AND ALSO DUE TO ILLEGAL ATTACHMENT OF SONOGRAM DEVICE TO PLAINTIFF KEITH BOX HEAD AT SOUTH CENTRAL CORRECTIONAL CENTER SUPERINTENDENT MICHAEL BOWERSOX, JESUS CHRIST, AND LEAD BY EX-GIRLFRIEND CONSUELA DADY BEING ATTACHED TO SONOGRAM DEVICE BEYOND HUMAN KNOWLEDGE LIKE AN LABORATORY MOUSE, THAT CAUSED SO MUCH PRESSURE ON PLAINTIFF'S BRAIN SINCE 2009 UNTIL CURRENT DATE AN COUNTING THAT MADE PLAINTIFF TAKE AN DEODORANT BOTTLE AN BUST ONE SIDE OF THIS SONOGRAM DEVICE DUE TO SERVE MIGRAINE HEACH-ACHES AND DUE TO PLAINTIFF, HERE AT JCCC, CELL 6-B-218, CANTEEN DATE, FAILURE TO STATE HE

[redacted] of [redacted]

S.T. APRIL 16, 2014
OR
S.T. APR 17, 2014



