UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH D. BOX, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 4:15CV1273 RLW |
| NANCY J. ROSENSTENGEL, et al., | ) ) ) |
| Defendants, | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915 (g).

**IT IS FURTHER ORDERED** that, alternatively, this action is **DISMISSED** without prejudice as malicious pursuant to 28 U.S.C. 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that an appeal from this action would not be taken in good faith.

Dated this 21st day of August, 2015.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE